IN THE UNITED STATES DISTRICT COURT    **FILED**
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:11-mj-781  2011 SEP 20  A 11: 07 |
| | : | |
| v. | : | CLERK US DISTRICT COURT |
| | : | 18 U.S.C. §1924 (Unauthorized Removal  ALEXANDRIA, VIRGINIA |
| CONSTANCE LYNN McGOWAN, | : | and Retention Of Classified Material -- |
| Defendant. | : | Class A Misdemeanor) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about April 2010 and December 2, 2010, in the Eastern District of

Virginia, the defendant CONSTANCE LYNN McGOWAN, being an employee of the United

States, and, by virtue of her employment, became possessed of documents and materials

containing classified information of the United States, did unlawfully and knowingly remove

such documents and materials without authority from her place of employment within the

Eastern District of Virginia and with the intent to retain such documents and materials at an

unauthorized location in her personal residence, aware that this location was unauthorized for

the storage and retention of such classified documents.

(In violation of Title 18, United States Code, Section 1924)

Neil H. MacBride
United States Attorney

Ronald L. Walutes, Jr.
Assistant United States Attorney